UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

Abshir Abtidon Barrow,                              CIVIL NO. 12-1416 (SRN/SER)

      Petitioner,

v.                                                  ORDER

Eric Holder, Janet Napolitano
John Morton, and Joel L. Brott,

      Respondents.
_____

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Steven E. Rau dated September 7, 2012. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Petitioner's motion for appointment of counsel, (Docket No. 2), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 25, 2012

                                               s/Susan Richard Nelson
                                               SUSAN RICHARD NELSON
                                               United States District Judge